### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **LEONARDO LOVATO-AVALOS**,<br>   *Petitioner,*<br><br>  v.<br><br>**J.L. JAMISON**, Warden of Philadelphia Federal Detention Center; **JOHN E. RIFE**, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; **MARKWAYNE MULLIN**, Secretary of the Department of Homeland Security; **TODD BLANCHE**, Acting Attorney General of the United States; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**,<br>   *Respondents.* | **Civil No. 26-4123** |

### <u>ORDER</u>

**AND NOW**, this 1st day of July, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Leonardo Lovato-Avalos and all corresponding briefing, it is hereby **ORDERED** as follows:

1.  The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.  Lovato-Avalos is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.  The Government shall **RELEASE** Lovato-Avalos from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on July 2, 2026.

4.  The Government is temporarily enjoined from re-detaining Lovato-Avalos for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Lovato-Avalos after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

_____

MARY KAY COSTELLO
United States District Judge